UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:12-cv-00219-CRS-JDM

*FILED ELECTRONICALLY*

| | |
|---|---|
| STEPHEN J. JECKER | PLAINTIFF |
| V. | |
| MONUMENTAL LIFE INSURANCE COMPANY | DEFENDANT |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE DOCUMENTS REGARDING PLAINTIFF'S EEOC CHARGE**

\*\*\*\*\*\*

Comes the Plaintiff, Stephen Jecker, by and through counsel, and, in response to the Defendant's Motion *in limine* seeking to exclude documents regarding Plaintiff's EEOC Charge, (Doc. No. 126), states that Plaintiff should be permitted to present as evidence the contents of the EEOC's file regarding his charge of discrimination. In further support thereof, Plaintiff states as follows:

In 2010, Plaintiff filed an age discrimination and retaliation charge with the EEOC. After the case lingered on, Plaintiff finally requested that the EEOC issue a "Right to Sue" letter, which it did on or about January 19, 2012. On or about April 6, 2012, Plaintiff filed this lawsuit against Defendant in the Jefferson Circuit Court, which was subsequently removed. Allegations set forth in his Complaint included (1) age discrimination in violation of the Kentucky Civil Rights Act, (2) age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), (3) retaliation in violation of the Age Discrimination in Employment Act, and (4) intentional infliction of emotional distress. (Doc. No. 1-1). On June 23, 2015, Plaintiff voluntarily dismissed against Monumental his intentional infliction of emotional distress claim. (Doc. No. 97). On May 23, 2016, after

1

985913

cross motions for summary judgment had been filed, this Court dismissed Plaintiff's retaliation claim, but found that genuine disputes of material fact precluded entry of summary judgment with respect to the remaining age discrimination claims. (Doc. No. 108).

As part of the EEOC investigation, the Investigator asked the Plaintiff to provide a list of employees that Monumental had terminated or otherwise forced to retire. In response to that request, Plaintiff provided a list of twenty-nine (29) individuals that he believed had been wrongfully terminated by Monumental. Other information was developed through the investigation as well. Defendant now seeks to prevent Plaintiff from utilizing any of the information developed by the EEOC or contained in the EEOC file to substantiate his case herein against Monumental.

The Sixth Circuit has held it to be an abuse of discretion to exclude evidence relating to other alleged incidents of discrimination, holding that "evidence of other incidents of discrimination had probative value on the question of whether [the defendant] discriminated against [plaintiff]" when it had denied promotions to the plaintiff. *Sherman v. Chrysler Corp.*, 47 Fed.Appx. 716, 722 (6th Cir. 2002). The same holds true in this case, and Plaintiff should be permitted to present evidence from the EEOC file to support his age discrimination claims against Monumental. Defendant's motion should therefore be denied.

WHEREFORE, the Plaintiff Stephen J. Jecker respectfully requests this Court to DENY Defendant's motion and permit Plaintiff to utilize any of the documents within the EEOC file, including his Charge in the presentation of his case in chief and/or rebuttal.

                Respectfully submitted,

LESLIE PATTERSON VOSE
ERIN C. SAMMONS
GREGORY A. JACKSON
Landrum & Shouse, LLP
P.O. Box 951
Lexington, Kentucky 40588
(859) 255-2424

TIMOTHY DAVIS
Chamblee Ryan Kershaw & Anderson
2777 N. Stemmons Freeway
Suite 1157
Dallas, Texas 75207
(214) 905-2003

BY:  /s/ Leslie P. Vose
       COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been filed, the 30th day of January, 2017

via CM/ECF and/or by U.S. Mail, postage prepaid, to the following:

Hon. Leila G. O'Carra
Littler Mendelson
333 West Vine St., Ste. 1720
Lexington, KY 40507
LOCarra@littler.com
*Counsel for Defendant, Monumental*
*Life Insurance Company*

Hon. Timothy Davis
Chamblee, Ryan, Kershaw & Anderson P.C.
2777 N. Stemmons Freeway, Ste. 1157
Dallas, TX 75207
tdavis@chambleeryan.com
*Co-Counsel for Plaintiff, Stephen Jecker*

Hon. Debra H. Dawahare
Wyatt, Tarrant & Combs, LLP
250 W. Main Street, Ste. 1600
Lexington, KY 40507-1746
ddawahare@wyattfirm.com

                                        BY:   /s/  Leslie P. Vose_____
                                                 COUNSEL FOR PLAINTIFF

985913